UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD R. BLACK,

     Plaintiff,

                                          Case No. 1:18-cv-653

v.

                                          HONORABLE PAUL L. MALONEY

THOMAS MACKIE, et al.,

     Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants Hill and Keeler filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 4, 2020, recommending that this Court grant the motion and enter judgment.[1]  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 33) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 28) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*,

---

[1] Defendants Mackie, Ball, Goodspeed, and Mitchell were dismissed on initial screening (ECF No. 6), and the parties stipulated to the dismissal of claims against Defendant Biddle (ECF No. 23).

114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  April 21, 2020                                          /s/  Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge