UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD R. BLACK,

    Plaintiff,

v.

                              Case No. 1:18-cv-653

THOMAS MACKIE, et al.,

                              HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment enters.

Dated: April 21, 2020                                               /s/ Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 United States District Judge